JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RALPH JAMES GOMEZ,                    )   Case No.  CV 09-5239-GAF (DTB)
                                      )
                Petitioner,           )   JUDGMENT
                                      )
        vs.                           )
                                      )
LEROY BACA,                           )
                                      )
                Respondent.           )
_____      )

        Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus
for Lack of Subject Matter Jurisdiction of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: _____8/5_____, 2009


                                        _____
                                        GARY A. FEESS
                                        UNITED STATES DISTRICT JUDGE